UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Loweel Edwards Hobbs II | ) | |
| Katrina Denise Hobbs | ) | Case No. 17-14605-SDR |
| | ) | |
| Debtor(s) | ) | |

## MOTION TO ENTER AN AGREED ORDER TO CORRECT PLAN PAYMENTS

The Chapter 13 Trustee, Kara L. West, hereby respectfully moves the Court to enter the attached Agreed Order which corrects a scrivener's error on the face of the plan. The Payment and Terms provisions in paragraph 1 of the Confirmed Plan should be stricken. Paragraph 1 should be replaced with "The debtors will pay the Chapter 13 Trustee $771.00 bi-weekly for 60 months, with $617.00 being withheld bi-weekly from the pay check of the debtor and $154.00 being withheld bi-weekly from the pay check of the co-debtor."

Respectfully submitted,

/s/ Kara L. West
Kara L. West, BPR # 25744
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401
Telephone (423) 265-2261